**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Patrick Gordon                                           **Jury Trial Demanded**
8602 Parklane South Apt 2b3
Woodhaven, NY 11421          **DeARCY HALL, J.**
Plaintiff,



V.                            **MERKL, M.J.**

AMERICAN HONDA FINANCE CORPORATION        Case No.
Defendant,

**CV 26 - 1983**

**COMPLAINT AND DEMAND FOR JURY**

## I. INTRODUCTION

1. This is an action for actual, statutory, and punitive damages brought by Plaintiff Patrick Gordon, an individual consumer (hereinafter "Plaintiff"), against Defendant American Honda Finance Corporation (hereinafter "Defendant") for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. Defendant willfully and negligently failed to conduct a reasonable investigation of disputed information after receiving notice of Plaintiff's dispute from consumer reporting agencies, in violation of 15 U.S.C. § 1681s 2(b).

2. The Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., establishes a comprehensive framework of protections designed to shield consumers from the harmful effects of inaccurate credit reporting. Through these safeguards, the FCRA seeks to reduce the risks posed by false, misleading, or incomplete credit information. In enacting the FCRA, Congress intended to balance the credit industry's need for reliable information with consumers' rights to fair and accurate reporting.

3. Congress recognized that fair and accurate credit reporting is essential to the integrity of the banking system. Inaccurate credit reports can undermine public confidence and impair the efficiency of financial institutions and credit markets. Unfair credit reporting practices threaten consumer trust in financial institutions, which is critical to the stability of the nation's financial system. To address these concerns, Congress enacted the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq., to ensure fair and accurate credit reporting, promote efficiency in the banking system, and protect consumer privacy.

Page 1 of 7

4. Although furnishers of information to consumer reporting agencies are not required by the FCRA to report any information at all, once a furnisher elects to report information to a consumer reporting agency, it has a duty to report that information accurately and completely and to conduct a reasonable investigation when disputes are received pursuant to 15 U.S.C. § 1681s-2(b).

## II. JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1681p and 28 U.S.C. § 1331 because this action arises under the laws of the United States, specifically the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

6. Venue is proper in this District pursuant to 15 U.S.C. § 1681p and 28 U.S.C. § 1391(b) because Defendant transacts business in the State of New York, the events giving rise to this action occurred within this District, and Plaintiff resides in the Eastern District of New York.

## III. PARTIES

7. Plaintiff Patrick Gordon is a natural person residing in the Eastern District of New York. Plaintiff is a consumer as defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681a(c).

8. Defendant is a furnisher of information to consumer reporting agencies and regularly furnishes information relating to consumers to consumer reporting agencies as part of its business.

9. Defendant's principal place of business is located at 1919 Torrance Blvd., Torrance, California 90501.

## IV. FACTUAL ALLEGATIONS

10. On or around September 1, 2023, Plaintiff incurred a financial obligation for an alleged auto lease with Defendant in the approximate amount of $37,812.51 arising from a transaction in which the money, property, insurance, or services that were the subject of the transaction were primarily for personal, family, or household purposes.

11. On or about December 2025, while reviewing his credit reports from TransUnion and Experian, Plaintiff discovered multiple inaccuracies relating to the account reported by Defendant, including false payment history, inaccurate account information, and incomplete balance information. Upon identifying these errors, Plaintiff promptly submitted disputes to the credit reporting agencies. In his dispute letters, Plaintiff clearly

and specifically identified the inaccurate and incomplete data points, including the incorrect payment history, and provided sufficient information to enable both the credit reporting agencies and Defendant to conduct a reasonable investigation.

12. After Plaintiff submitted his disputes, Defendant failed to report a complete balance history to Experian. Instead of correcting and updating the balance history, Defendant removed the entire balance history from the tradeline. The removed information included vital data such as scheduled payment amounts, amounts paid, monthly balances, and the dates payments were made. This information is essential to a credit report because it allows the account to be verified and determines whether any late payments occurred. By removing and omitting the balance history rather than correcting it, Defendant furnished incomplete and misleading information regarding the account. **(SEE EXHIBIT A)**

13. Additionally, from October 2023 through December 2025, Defendant failed to report vital account information to TransUnion, including balances, amounts paid, past-due amounts, and scheduled payment amounts. Defendant did not begin reporting this information to TransUnion until January 2026. As a result, the tradeline reported to TransUnion during this period lacked essential account data necessary to verify the account and accurately reflect the payment history, rendering the reporting inaccurate, incomplete, and materially misleading. **(SEE EXHIBIT B)**

14. Defendant reported the account as 30 days past due for approximately thirteen consecutive months while failing to report essential account information, including scheduled payment amounts, actual amounts paid, past-due amounts, and monthly balances. Without this underlying data, the reported delinquency cannot be verified and is incomplete and materially misleading, as it fails to provide a complete and accurate depiction of Plaintiff's payment history.

15. Defendant reported an account balance of $11,428 to TransUnion and Experian, when in fact the true and accurate balance of the account was approximately $27,794.29. This significant discrepancy constitutes inaccurate and misleading information furnished to the consumer reporting agencies. **(SEE EXHIBIT A-C)**

16. Defendant reported inaccurate monthly balances in the payment history section of Plaintiff's TransUnion credit report. Specifically, for January 2026, Defendant reported a balance of $12,011 when the actual balance was approximately $28,753.77. For February 2026, Defendant reported a balance of $11,428 when the actual balance was approximately $28,850.27. These discrepancies constitute materially inaccurate and misleading information regarding the account. **(SEE EXHIBIT B-E)**

17. Defendant also failed to report the account as disputed after receiving notice of Plaintiff's disputes. Despite having been notified of the dispute by the consumer reporting agencies, Defendant continued to furnish the account information without indicating that it was disputed. The omission of the dispute notation renders the tradeline materially misleading.

18. On or about March 2026, Plaintiff submitted disputes to TransUnion and Experian regarding the inaccurate and incomplete information being reported by Defendant.

19. Upon information and belief, Experian promptly forwarded Plaintiff's dispute and all relevant information to Defendant within five business days of receiving the dispute, in compliance with the requirements of the Fair Credit Reporting Act.

20. Upon information and belief, TransUnion promptly forwarded Plaintiff's dispute and all relevant information to Defendant within five business days of receiving the dispute, in compliance with the requirements of the Fair Credit Reporting Act.

21. On or about March 9, 2026, Plaintiff received the results of his disputes from Experian and TransUnion. The results indicated that Defendant verified the disputed information as accurate despite the presence of inaccurate and incomplete information.

22. Following the thirty (30) day investigation period mandated by the Fair Credit Reporting Act, Defendant failed to take the necessary steps to correct, delete, or permanently block the inaccurate and incomplete information. As a result, the account continued to be reported inaccurately and incompletely.

23. Upon information and belief, Defendant failed to conduct a reasonable investigation of Plaintiff's disputes. Defendant either conducted no investigation or performed an

inadequate investigation and improperly verified the disputed information as accurate despite its inaccuracies and incompleteness.

24. Defendant failed to review all relevant information provided by Plaintiff in connection with his disputes, in violation of 15 U.S.C. § 1681s-2(b).

25. Had Defendant conducted a reasonable investigation, the inaccurate and incomplete information would have been corrected, including the reporting of accurate balances, payment amounts, and payment dates.

26. As a result of Defendant's failure to conduct a reasonable investigation, Defendant continued to report inaccurate, incomplete, and misleading information regarding Plaintiff's account.

## V. Damages

28. As a direct and proximate result of Defendant's conduct, Plaintiff has suffered actual damages, including but not limited to harm to creditworthiness, loss of credit opportunities, and damage to reputation.

29. Plaintiff has also suffered emotional distress, including stress, anxiety, frustration, and embarrassment as a result of Defendant's continued reporting of inaccurate and misleading information.

30. The inaccurate, incomplete, and misleading information furnished by Defendant negatively impacted Plaintiff's credit profile and diminished Plaintiff's ability to obtain credit on favorable terms.

31. Defendant's violations were willful and/or negligent, entitling Plaintiff to statutory damages, actual damages, punitive damages, costs, and attorney's fees pursuant to 15 U.S.C. §§ 1681n and 1681o.

## VI. COUNT I VIOLATION OF THE FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681s-2(b)

32. Plaintiff repeats, realleges, and incorporates by reference all preceding paragraphs as if fully set forth herein.

33. Defendant is a furnisher of information to consumer reporting agencies within the meaning of the Fair Credit Reporting Act.

34. Plaintiff disputed inaccurate and incomplete information regarding the account with consumer reporting agencies, including TransUnion and Experian.

35. Upon information and belief, TransUnion and Experian notified Defendant of Plaintiff's disputes and provided all relevant information necessary to investigate the disputed information.

36. Upon receiving notice of Plaintiff's disputes, Defendant was required, pursuant to 15 U.S.C. § 1681s-2(b), to conduct a reasonable investigation, review all relevant information, and report accurate results to the consumer reporting agencies.

37. Defendant failed to conduct a reasonable investigation of Plaintiff's disputes.

38. Defendant failed to review all relevant information provided by Plaintiff.

39. Defendant failed to correct, delete, or permanently block the inaccurate and incomplete information.

40. Defendant continued to furnish inaccurate, incomplete, and misleading information regarding Plaintiff's account.

41. Defendant also failed to report the account as disputed.

42. As a result of Defendant's failures, Plaintiff's credit reports contained inaccurate and misleading information.

43. Defendant's violations of the Fair Credit Reporting Act were willful and/or negligent.

44. As a direct and proximate result of Defendant's conduct, Plaintiff suffered damages as described above.

## VII. PRAYER FOR RELIEF

45. WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in favor of Plaintiff and against Defendant, and award the following relief:

A. A. Actual damages sustained by Plaintiff as a result of Defendant's violations of the Fair Credit Reporting Act, pursuant to 15 U.S.C. §§ 1681n(a)(1) and 1681o(a)(1);

B. B. Statutory damages of not less than $100 and not more than $1,000 per violation, pursuant to 15 U.S.C. § 1681n(a)(1)(A);

C. C. Punitive damages as the Court may allow for Defendant's willful noncompliance with the Fair Credit Reporting Act, pursuant to 15 U.S.C. § 1681n(a)(2);

D. D. Costs of the action together with reasonable attorney's fees, pursuant to 15 U.S.C. §§ 1681n(a)(3) and 1681o(a)(2);

E. E. Such other and further relief as the Court deems just and proper.

## VIII. JURY DEMAND

46. Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: ~~April 1st 2026~~
April 3 2026

Respectfully submitted,

Patrick Gordon
8602 Parklane South Apt 2B3
Woodhaven, NY 11421
Panamiankid14@aol.com
Plaintiff, Pro Se

# PATRICK GORDON

**EXHIBIT A**

**Personal & Confidential**

**Date Generated**  Mar 9, 2026

**Report Number**  1041-9788-56

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### AMERICAN HONDA FINANCE

Account • 47392XXXX



Information on this item has been updated. Please review your report for the details.    Updated

You can contact AMERICAN HONDA FINANCE at PO BOX 168128, IRVING , TX 75016 or (310) 781-4100

 **After your dispute**

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | **AMERICAN HONDA FINANCE** | Balance | **$11,428** |
| | | Balance Updated | **02/28/2026** |
| Account Number | **47392XXXX** | Recent Payment | **$600 as of 2/19/2026** |
| Account Type | **Auto Lease** | Monthly Payment | **$599** |
| Responsibility | **Individual** | Original Balance | **$28,752** |
| Date Opened | **09/01/2023** | Highest Balance | **-** |
| Status | **Open.** | Terms | **48 Months** |
| Status Updated | **02/2026** | | |

##  Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | 30 | ✓ | — | — | — | — | — | — | — | — | — | — |
| 2025 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2024 | ✓ | ✓ | 30 | 60 | ✓ | ✓ | 30 | 30 | 30 | 30 | 30 | 30 |
| 2023 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | 30 |

✓  Current / Terms met
30  Past due 30 days
60  Past due 60 days

## Payment history guide

30 days past due as of Jan 2026,Jul 2025 to Jul 2024,Mar 2024,Dec 2023

60 days past due as of Apr 2024

By Sep 2032, this account is scheduled to go to a positive status.

##  Contact Info

| | |
|---|---|
| Address | **PO BOX 168128, IRVING TX 75016** |

##  Your Statement

ITEM IN DISPUTE BY CONSUMER

## Reinvestigation Info

This item was updated from our processing of your dispute in Mar 2026.



# Before your dispute

## Account Info

| | | | |
|---|---|---|---|
| Account Name | **AMERICAN HONDA FINANCE** | Balance | **$11,428** |
| | | Balance Updated | **02/28/2026** |
| Account Number | **47392XXXX** | Recent Payment | **$600 as of 2/19/2026** |
| Account Type | **Auto Lease** | Monthly Payment | **$599** |
| Responsibility | **Individual** | | |
| Date Opened | **09/01/2023** | Original Balance | **$28,752** |
| | | Highest Balance | **-** |
| Status | **Open.** | | |
| Status Updated | **02/2026** | Terms | **48 Months** |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | 30 | ✓ | — | — | — | — | — | — | — | — | — | — |
| 2025 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2024 | ✓ | ✓ | 30 | 60 | ✓ | ✓ | 30 | 30 | 30 | 30 | 30 | 30 |
| 2023 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | 30 |

✓ Current / Terms met

30 Past due 30 days

60 Past due 60 days

### Payment history guide

30 days past due as of Jan 2026,Jul 2025 to Jul 2024,Mar 2024,Dec 2023

60 days past due as of Apr 2024

By Sep 2032, this account is scheduled to go to a positive status.



## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jan 2026 | $12,011 | $599 | $0 on 12/28/2025 |
| Nov 2025 | $13,185 | $599 | $0 on 10/29/2025 |
| Oct 2025 | $13,178 | $599 | $1,226 on 10/29/2025 |
| Sep 2025 | $14,385 | $599 | $1,000 on 8/22/2025 |
| Aug 2025 | $15,111 | $599 | $1,000 on 7/24/2025 |
| Jul 2025 | $16,210 | $599 | $700 on 6/25/2025 |
| Jun 2025 | $16,910 | $599 | $600 on 5/28/2025 |
| May 2025 | $17,461 | $599 | $600 on 4/18/2025 |
| Apr 2025 | $18,060 | $599 | $600 on 3/19/2025 |
| Mar 2025 | $18,660 | $599 | $600 on 2/20/2025 |
| Feb 2025 | $19,211 | $599 | $600 on 1/23/2025 |
| Jan 2025 | $19,785 | $599 | $625 on 12/31/2024 |
| Dec 2024 | $20,410 | $599 | $650 on 11/27/2024 |
| Nov 2024 | $21,011 | $599 | $600 on 10/30/2024 |
| Oct 2024 | $21,610 | $599 | $600 on 9/18/2024 |
| Sep 2024 | $22,210 | $599 | $625 on 8/7/2024 |
| Aug 2024 | $22,810 | $599 | $600 on 7/10/2024 |
| Jul 2024 | $23,385 | $599 | $0 on 5/30/2024 |
| Jun 2024 | $23,361 | $599 | $600 on 5/30/2024 |
| May 2024 | $23,960 | $599 | $2,047 on 4/30/2024 |
| Apr 2024 | $25,782 | $599 | $0 on 12/20/2023 |
| Mar 2024 | $25,757 | $599 | $0 on 12/20/2023 |

**Additional info**

The original amount of this account was $28,752

**Contact Info**

| | |
|---|---|
| Address | PO BOX 168128,<br>IRVING TX 75016 |

**Your Statement**

ITEM IN DISPUTE BY CONSUMER

**Reinvestigation Info**

This item was updated from our processing of your dispute in Jan 2026.

# If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

→ If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→ You have a right to contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

→ You have a right to provide us additional information or documents about your dispute. Experian's online Dispute Center lets you easily add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

→ You have a right to file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaint or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.

**If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement,** you have a right to request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland, or New York.) If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment, or apartment rental.

**If interested, you have a right to also request a description of how the reinvestigation was conducted** along with the business name, address, and telephone number (if reasonably available) of the furnisher of information.

**Thank you for helping ensure the accuracy of your credit information.** For frequently asked questions about your credit report, please visit experian.com/consumerfaqs. If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

# Your Credit Report
**At a Glance**

# 3 Accounts 0 Public Records 0 Hard Inquiries

## Personal Information

| 2 Names | 9 Addresses | 0 Employers | 1 Personal Statements | 4 Other Records |

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For

security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

## Names

**PATRICK A GORDON**

Name ID #28785

**PATRICK GORDON**

Name ID #17235

## Addresses

**323 GILL LN APT12K ISELIN NJ, 08830-2831**

Address ID #0017253687
Apartment complex

**8602 PARK S LN APT2B3 WOODHAVEN NY, 11421-1246**

Address ID #0233173213
Apartment complex

**30J READING RD EDISON NJ, 08817-2180**

Address ID #0802949868
Single family

**8602 PARK S LN WOODHAVEN NY, 11421-1227**

Address ID #0799493314
Multifamily

**30 READING ROAD 30 B EDISON NJ, 08817**

Address ID #0916517091
Single family

**1210 E 82ND ST APT2 BROOKLYN NY, 11236-4947**

Address ID #0022367297
Apartment complex

**9406 95TH ST OZONE PARK NY, 11416-1501**

Address ID #0023291890
Single family

**30 READING ROAD EDISON NJ, 08817**

Address ID #0787689585
Single family

**30J READING RD #30J EDISON NJ, 08817-2180**

Address ID #0813547824
Single family

## Year of Birth

1993

## Phone Numbers

**(929) 407-5746**

Cellular

**(929) 307-5587**

Cellular

**(718) 322-1104**

Residential

## Personal Statements

ID FRAUD VICTIM ALERT FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST CONTACTING ME PERSONALLY AND VERIFYING ALL APPLICATION INFORMATION AT DAY 559-697-7019 OR EVENING 929-407-5746 . THIS VICTIM ALERT WILL BE MAINTAINED FOR SEVEN YEARS BEGINNING 11-12-21.

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the

credit bureaus from your creditors.

# AMERICAN HONDA FINANCE

POTENTIALLY NEGATIVE

 ## Account Info

| | | | |
|---|---|---|---|
| Account Name | AMERICAN HONDA FINANCE | Balance | $11,428 |
| | | Balance Updated | 02/28/2026 |
| Account Number | 47392XXXX | Recent Payment | $600 as of 2/19/2026 |
| Account Type | Auto Lease | Monthly Payment | $599 |
| Responsibility | Individual | Original Balance | $28,752 |
| Date Opened | 09/01/2023 | Highest Balance | - |
| Status | Open. | Terms | 48 Months |
| Status Updated | Feb 2026 | | |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | 30 | ✓ | — | — | — | — | — | — | — | — | — | — |
| 2025 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2024 | ✓ | ✓ | 30 | 60 | ✓ | ✓ | 30 | 30 | 30 | 30 | 30 | 30 |
| 2023 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | 30 |

✓ Current / Terms met

30 Past due 30 days

60 Past due 60 days

### Payment history guide

30 days past due as of Jan 2026,Jul 2025 to Jul 2024,Mar 2024,Dec 2023

60 days past due as of Apr 2024

By Sep 2032, this account is scheduled to go to a positive status.

 ## Contact Info

| | |
|---|---|
| Address | PO BOX 168128, IRVING TX 75016 |
| Phone Number | (310) 781-4100 |



## Your Statement

ITEM IN DISPUTE BY CONSUMER



## Reinvestigation Info

This item was updated from our processing of your dispute in Mar 2026.

# EDFINANCIAL SERVICES LLC

POTENTIALLY NEGATIVE



## Account Info

| | | | |
|---|---|---|---|
| Account Name | EDFINANCIAL SERVICES LLC | Balance | $1,913 |
| | | Balance Updated | 02/28/2026 |
| Account Number | 171013XXXXXXXXXXXXXX XXXXXXXXXX | Recent Payment | - |
| Account Type | Education | Monthly Payment | $41 |
| Responsibility | Individual | Original Balance | $2,178 |
| Date Opened | 02/06/2017 | Highest Balance | - |
| Status | Open. | Terms | 68 Months |
| Status Updated | June 2025 | | |

## Payment History

|      | J | F | M   | A   | M   | J | J | A | S | O | N | D |
|------|---|---|-----|-----|-----|---|---|---|---|---|---|---|
| 2026 | ✓ | ✓ | —   | —   | —   | — | — | — | — | — | — | — |
| 2025 | ✓ | ✓ | 90  | 120 | 150 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2024 | — | — | —   | —   | —   | — | — | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met

90 Past due 90 days

120 Past due 120 days

150 Past due 150 days

## Payment history guide

150 days past due as of May 2025

120 days past due as of Apr 2025

90 days past due as of Mar 2025

By Nov 2031, this account is scheduled to go to a positive status.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jan 2026 | $1,908 | $41 | $0 on 10/1/2025 |
| Dec 2025 | $1,902 | $41 | $0 on 10/1/2025 |
| Nov 2025 | $1,896 | $41 | $0 on 10/1/2025 |
| Oct 2025 | $1,890 | $41 | $156 on 10/1/2025 |
| Sep 2025 | $2,040 | $41 | $0 on 8/15/2025 |
| Aug 2025 | $2,034 | $41 | $150 on 8/15/2025 |
| Jul 2025 | $2,177 | $41 | $82 on 7/13/2025 |
| Jun 2025 | $2,253 | $41 | $0 |
| May 2025 | $2,247 | $40 | $0 |
| Apr 2025 | $2,240 | $40 | $0 |
| Mar 2025 | $2,233 | $40 | $0 |
| Feb 2025 | $2,227 | $40 | $0 |
| Jan 2025 | $2,221 | $40 | $0 |
| Dec 2024 | $2,214 | $40 | $0 |
| Nov 2024 | $2,207 | $40 | $0 |
| Oct 2024 | $2,200 | $0 | $0 |
| Sep 2024 | $2,194 | $39 | $0 |
| Aug 2024 | $2,187 | $39 | $0 |
| Jul 2024 | $2,181 | $0 | $0 |
| Jun 2024 | $2,174 | $0 | $0 |

## Additional info

The original amount of this account was $2,178



## Contact Info

| | |
|---|---|
| Address | **PO BOX,**<br>**KNOXVILLE TN 37930** |
| Phone Number | **(865) 342-5500** |



## Comment

### Current:

None

### Previous:

**Payment Deferred.**

Invalid date, Invalid date, Invalid date

**Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).**

Invalid date, Invalid date, Invalid date

# EDFINANCIAL SERVICES LLC

POTENTIALLY NEGATIVE



## Account Info

| | | | |
|---|---|---|---|
| Account Name | **EDFINANCIAL SERVICES LLC** | Balance | **$424** |
| | | Balance Updated | **02/28/2026** |
| Account Number | **171013XXXXXXXXXXXXXXX XXXXXXXXX** | Recent Payment | **-** |
| Account Type | **Education** | Monthly Payment | **$11** |
| Responsibility | **Individual** | Original Balance | **$616** |
| Date Opened | 05/30/2017 | Highest Balance | **-** |
| Status | **Open.** | Terms | **68 Months** |
| Status Updated | **June 2025** | | |

## Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | ✓ | — | — | — | — | — | — | — | — | — | — |
| 2025 | ✓ | ✓ | **90** | **120** | **150** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2024 | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ |

✓   Current / Terms met

90   Past due 90 days

120   Past due 120 days

150   Past due 150 days

## Payment history guide

150 days past due as of May 2025

120 days past due as of Apr 2025

90 days past due as of Mar 2025

By Nov 2031, this account is scheduled to go to a positive status.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jan 2026 | $423 | $11 | $0 on 10/1/2025 |
| Dec 2025 | $422 | $11 | $0 on 10/1/2025 |
| Nov 2025 | $421 | $11 | $0 on 10/1/2025 |
| Oct 2025 | $419 | $11 | $43 on 10/1/2025 |
| Sep 2025 | $462 | $11 | $0 on 8/15/2025 |
| Aug 2025 | $460 | $11 | $150 on 8/15/2025 |
| Jul 2025 | $609 | $11 | $23 on 7/13/2025 |
| Jun 2025 | $630 | $11 | $0 |
| May 2025 | $628 | $11 | $0 |
| Apr 2025 | $626 | $11 | $0 |
| Mar 2025 | $624 | $11 | $0 |
| Feb 2025 | $622 | $11 | $0 |
| Jan 2025 | $621 | $11 | $0 |
| Dec 2024 | $619 | $11 | $0 |
| Nov 2024 | $617 | $11 | $0 |
| Oct 2024 | $615 | $0 | $0 |
| Sep 2024 | $613 | $11 | $0 |
| Aug 2024 | $611 | $11 | $0 |
| Jul 2024 | $610 | $0 | $0 |
| Jun 2024 | $608 | $0 | $0 |

## Additional info

The original amount of this account was $616

 **Contact Info**

| | |
|---|---|
| Address | PO BOX, KNOXVILLE TN 37930 |
| Phone Number | (865) 342-5500 |

 **Comment**

**Current:**

None

**Previous:**

**Payment Deferred.**

Invalid date, Invalid date, Invalid date

**Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).**

Invalid date, Invalid date, Invalid date

# Public Records

Information gathered from courts or other government agencies about legal matters associated with you. The most common Public Records are bankruptcies, tax liens, and monetary judgments.

**No public records reported.**

# Hard Inquiries

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

**You do not have any hard inquiries**

# Soft Inquiries

Soft inquiries are generally initiated by others, like companies making promotional offers or lenders periodically reviewing your existing credit accounts. Soft inquiries also include checking your own credit report or using credit monitoring services, and have no impact on your credit score.

**AFFIRM**
Inquired on 07/09/2025

650 CALIFORNIA ST FL 12, SAN FRANCISCO CA 94108
(855) 423-3729

**AMERICAN HONDA FINANCE CORP**
Inquired on 09/11/2025

20800 MADRONA AVE, TORRANCE CA 90503
(310) 781-4100

**BEST EGG**
Inquired on 11/07/2025

1523 CONCORD PIKE STE 201, WILMINGTON DE 19803
(302) 358-2730

**CREDIT KARMA**
Inquired on 03/09/2026 , 03/07/2026 , 03/02/2026 , 03/01/2026 , 02/26/2026 , 02/16/2026 , 02/10/2026 , 02/09/2026 , 02/06/2026 , 02/05/2026 , 02/03/2026 , 02/02/2026 , 02/01/2026 , 01/28/2026 , 01/22/2026 , 01/21/2026 , 01/20/2026 , 01/19/2026 , 01/16/2026 , 01/15/2026 , 01/14/2026 , 01/13/2026 , 01/11/2026 , 01/10/2026 , 01/05/2026 , 01/04/2026 ,

01/02/2026 ,
01/01/2026 ,
12/31/2025 ,
12/29/2025 ,
12/22/2025 ,
12/08/2025 ,
12/07/2025 ,
12/06/2025 ,
12/03/2025 ,
12/01/2025 ,
11/27/2025 ,
11/24/2025 ,
11/12/2025 ,
11/10/2025 ,
11/09/2025 ,
11/08/2025 ,
11/06/2025 ,
11/05/2025 ,
11/04/2025 ,
11/02/2025 ,
11/01/2025 ,
10/31/2025 ,
10/27/2025 ,
10/26/2025 ,
10/15/2025 ,
10/13/2025 ,
10/12/2025 ,
10/10/2025 ,
10/09/2025 ,
10/08/2025 ,
10/07/2025 ,
10/05/2025 ,
10/04/2025 ,
10/03/2025 ,
10/01/2025 ,
09/30/2025 ,
09/29/2025 ,
09/24/2025 ,
09/17/2025 ,
09/15/2025 ,

09/11/2025,
09/10/2025,
09/07/2025,
09/01/2025,
08/19/2025,
08/18/2025,
08/13/2025,
08/10/2025,
08/07/2025,
08/06/2025,
08/05/2025,
08/04/2025,
08/01/2025,
07/24/2025,
07/21/2025,
07/18/2025,
07/17/2025,
07/16/2025,
07/15/2025,
07/14/2025,
07/10/2025,
07/09/2025,
07/07/2025,
07/06/2025,
07/05/2025,
07/04/2025,
07/01/2025,
06/24/2025,
06/23/2025,
06/18/2025,
06/17/2025,
06/15/2025,
06/14/2025,
06/09/2025,
06/08/2025,
06/07/2025,
06/06/2025,
06/05/2025,
06/01/2025,
05/28/2025,

05/27/2025 ,
05/26/2025 ,
05/22/2025 ,
05/20/2025 ,
05/19/2025 ,
05/18/2025 ,
05/17/2025 ,
05/13/2025 ,
05/12/2025 ,
05/04/2025 ,
05/01/2025 ,
04/28/2025 ,
04/21/2025 ,
04/17/2025 ,
04/14/2025 ,
04/09/2025 ,
04/08/2025 ,
04/06/2025 ,
04/04/2025 ,
04/01/2025 ,
03/31/2025 ,
03/23/2025 ,
03/18/2025 ,
03/17/2025 ,
03/11/2025 ,
03/10/2025
 and
03/09/2025

760 MARKET
ST FL 2,
SAN
FRANCISCO
CA 94102
(415) 510-
5272

CREDIT                DISCOVER                EXPERIAN                EXPERIAN

**KARMA**

Inquired on 03/07/2026 , 03/04/2026 , 03/01/2026 , 02/25/2026 , 02/21/2026 , 02/20/2026 , 02/14/2026 , 02/11/2026 , 02/07/2026 , 02/04/2026 , 02/02/2026 , 01/28/2026 , 01/24/2026 , 01/21/2026 , 01/17/2026 , 01/14/2026 , 01/10/2026 , 01/07/2026 , 01/03/2026 , 12/31/2025 , 12/28/2025 , 12/24/2025 , 12/20/2025 , 12/17/2025 , 12/13/2025 , 12/10/2025 , 12/06/2025 , 12/03/2025 , 11/30/2025 , 11/26/2025 , 11/22/2025 , 11/19/2025 , 11/15/2025 , 11/12/2025 , 11/08/2025 , 11/05/2025 , 11/01/2025 , 10/29/2025 ,

Inquired on 09/06/2025

2500 LAKE COOK RD, RIVERWOOD S IL 60015 (877) 728-3030

Inquired on 03/09/2026 , 01/20/2026 , 12/28/2025 , 10/30/2025 , 06/23/2025 and 05/21/2025

PO BOX 9600, ALLEN TX 75013 (800) 311-4769

CAPS API DISCLOSURE

Inquired on 03/09/2026 , 03/08/2026 , 03/01/2026 , 02/22/2026 , 02/15/2026 , 02/08/2026 , 02/04/2026 , 02/02/2026 , 02/01/2026 , 01/25/2026 , 01/20/2026 , 01/18/2026 , 01/13/2026 , 01/12/2026 , 01/11/2026 , 01/04/2026 , 12/28/2025 , 12/21/2025 , 12/14/2025 , 12/07/2025 , 11/30/2025 , 11/26/2025 , 11/23/2025 , 11/16/2025 , 11/11/2025 , 11/09/2025 , 11/07/2025 , 11/04/2025 , 11/03/2025 , 11/02/2025 , 10/30/2025 , 10/26/2025 , 10/19/2025 , 10/14/2025 , 10/12/2025 , 10/11/2025 , 10/09/2025 , 10/08/2025 , 10/05/2025 ,

10/27/2025 ,
10/22/2025 ,
10/18/2025 ,
10/15/2025 ,
10/11/2025 ,
10/08/2025 ,
10/04/2025 ,
10/01/2025 ,
09/28/2025 ,
09/25/2025 ,
09/20/2025 ,
09/17/2025 ,
09/13/2025 ,
09/10/2025 ,
09/06/2025 ,
09/03/2025 ,
09/01/2025 ,
08/27/2025 ,
08/16/2025 ,
08/14/2025 ,
08/09/2025 ,
08/06/2025 ,
08/02/2025 ,
07/30/2025 ,
07/27/2025 ,
07/23/2025 ,
07/19/2025 ,
07/16/2025 ,
07/12/2025 ,
07/09/2025 ,
07/05/2025 ,
07/02/2025 ,
06/29/2025 ,
06/25/2025 ,
06/21/2025 ,
06/18/2025 ,
06/14/2025 ,
06/11/2025 ,
06/07/2025 ,
06/04/2025 ,

09/28/2025 ,
09/21/2025 ,
09/14/2025 ,
09/07/2025 ,
08/31/2025 ,
08/24/2025 ,
08/17/2025 ,
08/10/2025 ,
08/09/2025 ,
08/06/2025 ,
08/05/2025 ,
08/03/2025 ,
07/27/2025 ,
07/20/2025 ,
07/15/2025 ,
07/14/2025 ,
07/13/2025 ,
07/06/2025 ,
06/29/2025 ,
06/23/2025 ,
06/22/2025 ,
06/15/2025 ,
06/08/2025 ,
06/01/2025 ,
05/25/2025 ,
05/21/2025 ,
05/18/2025 ,
05/11/2025 ,
05/04/2025 ,
04/27/2025 ,
04/20/2025 ,
04/13/2025 ,
04/06/2025 ,
03/30/2025 ,
03/23/2025 ,
03/16/2025
and
03/09/2025

475 ANTON

06/01/2025 ,
05/28/2025 ,
05/24/2025 ,
05/21/2025 ,
05/17/2025 ,
05/10/2025 ,
05/07/2025 ,
05/03/2025 ,
04/30/2025 ,
04/27/2025 ,
04/23/2025 ,
04/16/2025 ,
04/12/2025 ,
04/09/2025 ,
04/05/2025 ,
04/02/2025 ,
03/30/2025 ,
03/26/2025 ,
03/22/2025 ,
03/19/2025 ,
03/15/2025
 and
03/12/2025

760 MARKET
ST FL 2,
SAN
FRANCISCO
CA 94102

BLVD,
COSTA MESA
CA 92626
(866) 431-
3471

| EXPERIAN | EXPERIAN CREDITMATCH | JPMCB | JPMCB CJ |
|---|---|---|---|
| Inquired on | | Inquired on | Inquired on |
| 03/01/2026 , | Inquired on | 02/27/2026 , | 02/24/2026 , |
| 02/01/2026 , | 03/09/2026 , | 01/30/2026 , | 01/27/2026 , |
| 01/10/2026 , | 02/04/2026 , | 12/30/2025 , | 12/30/2025 , |
| 01/01/2026 , | 02/02/2026 , | 11/28/2025 , | 12/02/2025 , |
| 11/02/2025 , | 01/20/2026 , | 10/30/2025 , | 11/04/2025 , |
| 09/10/2025 , | | 09/30/2025 , | 10/07/2025 , |

08/06/2025 ,
07/08/2025 ,
06/14/2025 ,
05/12/2025
and
04/08/2025

475 ANTON
BLVD,
COSTA MESA
CA 92626

01/13/2026 ,
01/12/2026 ,
12/28/2025 ,
11/26/2025 ,
11/11/2025 ,
11/07/2025 ,
11/05/2025 ,
11/04/2025 ,
11/03/2025 ,
10/30/2025 ,
10/14/2025 ,
10/11/2025 ,
10/09/2025 ,
10/08/2025 ,
08/09/2025 ,
08/06/2025 ,
08/05/2025 ,
07/15/2025 ,
07/14/2025 ,
07/13/2025 ,
06/23/2025
and
05/21/2025

475 ANTON
BLVD # D4,
COSTA MESA
CA 92626

08/29/2025 ,
07/31/2025 ,
07/01/2025 ,
05/31/2025 ,
04/30/2025
and
04/01/2025

PO BOX
15298,
WILMINGTO
N DE 19850
(800) 432-
3117

09/09/2025 ,
08/12/2025 ,
07/15/2025 ,
06/17/2025 ,
05/19/2025 ,
04/20/2025
and
03/22/2025

PO BOX
15298,
WILMINGTO
N DE 19850
(888) 401-
0550

**ONEMAIN**
Inquired on
02/07/2026 ,
11/07/2025
and
10/02/2025

PO BOX

1010,
EVANSVILLE
IN 47706
(844) 298-
9773

## Know Your Rights

# Fair Credit Reporting Act (FCRA)

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

**A Summary of Your Rights Under the Fair Credit Reporting Act.**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;

- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more Information, visit www.consumerfinance.gov/learnmore.

Consumers Have The Right To Obtain A Security Freeze

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|
| **1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | **a.** Bureau of Consumer Financial Protection 1700 G Street NW Washington, DC 20552 |
| **b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau: | **b.** Federal Trade Commission Consumer Response Center 600 Pennsylvania Avenue NW |

Washington, DC 20580

2. To the extent not included in item 1 above:

a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks

b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act

c. Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations

d. Federal Credit Unions

a. Office of the Comptroller of the Currency
Customer Assistance Group
P.O. Box 53570
Houston, TX 77052

b. Federal Reserve Consumer Help Center
PO Box 1200
Minneapolis, MN 55480

c. Division of Depositor and Consumer Protection
National Center for Consumer and Depositor Assistance
Federal Deposit Insurance Corporation
1100 Walnut Street, Box #11
Kansas City, MO 64106

d. National Credit Union Administration
Office of Consumer Financial Protection
1775 Duke Street
Alexandria, VA 22314

3. Air carriers

Assistant General Counsel for Office of Aviation Consumer

Protection
Department of
Transportation
1200 New Jersey
Avenue SE
Washington, DC 20590

**4.** Creditors Subject to Surface Transportation Board

Office of Public
Assistance,
Governmental Affairs,
and Compliance
Surface Transportation
Board
395 E Street SW
Washington, DC 20423

**5.** Creditors Subject to Packers and Stockyards Act

Nearest Packers and
Stockyards Division
Regional Office

**6.** Small Business Investment Companies

Associate
Administrator, Office of
Capital Access
United States Small
Business
Administration
409 Third Street SW,
Suite 8200
Washington, DC 20416

**7.** Brokers and Dealers

Securities and
Exchange Commission
100 F Street NE
Washington, DC 20549

| | |
|---|---|
| **8.** Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration 1501 Farm Credit Drive McLean, VA 22102-5090 |
| **9.** Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates **or** Federal Trade Commission: Consumer Response Center - FCRA Washington, DC 20580 (877) 382-4357 |

## Notification of Rights

- California Fraud State Notice of Rights
- Notification of Rights for California Consumers
- Notification of Rights for Connecticut Consumers
- Notification of Rights for Delaware Consumers
- Notification of Rights for District of Columbia Consumers
- Notification of Rights for Georgia Consumers
- Notification of Rights for Massachusetts Consumers
- Notification of Rights for Missouri Consumers
- Notification of Rights for Montana Consumers
- Notification of Rights for New Hampshire Consumers
- Notification of Rights for New Jersey Consumers
- Notification of Rights for North Carolina Consumers
- Notification of Rights for North Dakota Consumers
- Notification of Rights for Rhode Island Consumers
- Notification of Rights for Tennessee Consumers
- Notification of Rights for Texas Consumers
- Notification of Rights for Vermont Consumers
- Notification of Rights for Virginia Consumers
- Notification of Rights for Washington Consumers
- Notification of Rights for West Virginia Consumers

Exhibit B

---

**Personal Credit Report for:**
PATRICK GORDON

**File Number:**
426654990

**Date Created:**
03/09/2026

---

A quick heads up:

Your credit score is not included with your TransUnion credit report.

---

Feedback

# Your TransUnion Credit Repc

**Found something inaccurate on your credit report?**

Visit transunion.com/dispute to start a dispute online.

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help ↗.

## 👤 Personal Information

Your SSN has been masked for your protection.

**Credit Report Date**



Chat Now

**Name**

PATRICK A. GORDON

## Addresses



| | |
|---|---|
| **STL:** | Credit card lost/stolen |
| **TRF:** | Transfer |
| **TRL:** | Transferred to another lender |
| **TTR:** | Transferred to recovery |
| **WEP:** | Chapter 13 bankruptcy |

For account information other than payment history, we may show brackets > < to indicate information that may negatively affect your credit health.

## Accounts with Adverse Information

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current: Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

### AMERICAN HONDA FINANCE  47392****

## Account Information

| | |
|---|---|
| **Address** | PO BOX 1027 ALPHARETTA, GA 30009-1027 |
| **Phone** | (219) 755-6160 |
| **Monthly Payment** | $599 |
| **Date Opened** | 09/01/2023 |
| **Responsibility** | Individual Account |
| **Account Type** | Installment Account |
| **Loan Type** | AUTO LEASE |
| **Balance** | $11,428 |
| **Date Updated** | 02/28/2026 |
| **Payment Received** | $600 |
| **Last Payment Made** | 02/19/2026 |
| **Pay Status** | Current Account |

**Terms**                                                        $599 per month, paid Monthly for 48 months

**High Balance (Hist.)**                                    High balance of $28,752 from 01/2026 to 02/2026

## Payment History

| | October 2023 | November 2023 | December 2023 | January 2024 | February 2024 | March 2024 | April 2024 |
|---|---|---|---|---|---|---|---|
| **Balance** | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| **Past Due** | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| **Amount Paid** | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| **Scheduled Payment** | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| Rating | OK | OK | 30 | OK | OK | 30 | 60 |

| | May 2024 | June 2024 | July 2024 | August 2024 | September 2024 | October 2024 | November 2024 |
|---|---|---|---|---|---|---|---|
| **Balance** | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| **Past Due** | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| **Amount Paid** | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| **Scheduled Payment** | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| Rating | OK | OK | 30 | 30 | 30 | 30 | 30 |

| December 2024 | January 2025 | February 2025 | March 2025 | April 2025 | May 2025 | June 2025 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| Rating **30** | Rating **30** | Rating **30** | Rating **30** | Rating **30** | Rating **30** | Rating **30** |

| July 2025 | August 2025 | September 2025 | October 2025 | November 2025 | December 2025 | January 2026 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** $12,011 |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** $599 |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** $0 |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** $599 |
| Rating **30** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **30** |

February 2026

**Balance**
$11,428

**Past Due**
$0

**Amount Paid**
$600

**Scheduled Payment**
$599

Rating
**OK**

Total Months: 29

## Account Information

**Address**

**Phone**

**Monthly Payment**

**Date Opened**

**Responsibility**

**Account Type**

**Loan Type**

**Balance**

**Date Updated**

**Payment Received**

**Last Payment Made**

⚠ Your account is Past Due. Please make a payment.                                                          ✕

## CURRENT BILL

| AMOUNT DUE | DUE DATE |
|---|---|
| **$1,350.00** | **Apr 1, 2026** |
| VIEW DETAILS | 🕐 6 DAYS REMAINING |

⚠ INCLUDES $597.00 PAST DUE

MAKE A PAYMENT

ENROLL IN EASYPAY

Request Support    Other Payment Options

## PAYMENT PROGRESS

**18 of 48**
PAYMENTS LEFT

**EXHIBIT C**

TODAY'S PURCHASE AMOUNT ⓘ
**$27,794.29**

MATURITY DATE
**Sep 1, 2027**

TERM
**48 Months**

EXPLORE PURCHASE          Contract Details

## PAYMENT ACTIVITY

NEXT SCHEDULED PAYMENT
You have no scheduled payments.

LAST PAYMENT RECEIVED
$600.00 on Mar 25, 2026

VIEW ACTIVITY DETAILS

## STATEMENTS

Select Month

VIEW ALL STATEMENTS

TRACK REQUESTS                    CORRESPONDENCE                        Ⓐ ACURA


## ACURA
Financial Services

**EXHIBIT D**

## Payment Information

| | |
|---|---|
| Payment Due Date | **February 01, 2026** |
| Current Payment Due | $ 599.00 |
| **Past Due** | **$ 599.00** |
| Total Fees Due | $ 79.00 |
| **Total Amount Due** | **$ 1,277.00** |

**Payoff Summary**

| | |
|---|---|
| Payoff Amount | $ 28,753.77 |
| Payoff Good Through | February 01, 2026 |

## Account Information

| | |
|---|---|
| Account Number | 473925416 |
| Vehicle Description | 2024 ACURA INTEGRA |
| VIN Number | 19UDE4H34RA007499 |
| Regular Payment Amount | $ 599.00 |
| Maturity Date | September 01, 2027 |
| Payments Remaining | 20 |
| Annual Mileage Allowance | 15,000 |

This statement includes an amount from a prior billing, which is now past due.  Go to acura.americanhondafinance.com to make one-time payments or contact us for payment arrangements and other options.

## Activity Since Last Statement

| Date | Description | Amount | Total |
|---|---|---|---|
| 12/29/2025 | **Late Payment Fee** | | **$ 25.00** |
| 12/29/2025 | **Payment Received - Thank You!** | | **$ 600.00** |
| | Base Rent | $ 599.00 | |
| | Late Payment Fee | $ 1.00 | |



### acura.americanhondafinance.com

**Customer Service:**
**(866) 950-9678**
Automated response 24 hours, 7 days a week
Associates available weekdays from 8:00 am - 6:00 pm EST

**Correspondence Only:**
Acura Financial Services
P.O. Box 1027
Alpharetta, GA 30009-1027

**Payment Only:**
Acura Financial Services
P.O. Box 7829
Philadelphia, PA 19101-7829

**Credit Reporting Disputes Only:**
Acura Financial Services
P.O. Box 168128
Irving, TX 75016

**Find Insurance To Suit Your Needs**
Did you know Honda Insurance Solutions can help you compare rates and shop for insurance on your auto, home or boat? Quickly compare the rates of top insurance providers with one simple search. Learn more at hondainsurancesolutions.com.

**Protection for the Road Ahead**
Acura Care has you covered! Choose from a suite of optional coverages to keep your Acura looking its best. Acura Care offers multi-coverage protection for tires and wheels, bodywork, windshields and even your keys. Talk to your dealer about Acura Care.

Acura Financial Services is a DBA of American Honda Finance Corporation (AHFC).



AFS-STMT-2022

PATRICK A GORDON
30 READING RD 30J
EDISON, NJ 08817



# ⒶACURA
Financial Services

## Monthly Statement
**Statement Date: February 7, 2026**

**EXHIBIT E**

## Payment Information

| | |
|---|---|
| Payment Due Date | **March 01, 2026** |
| Current Payment Due | $ 599.00 |
| **Past Due** | **$ 1,198.00** |
| Total Fees Due | $ 104.00 |
| **Total Amount Due** | **$ 1,901.00** |

### Payoff Summary
| | |
|---|---|
| Payoff Amount | $ 28,850.27 |
| Payoff Good Through | March 01, 2026 |

**PAST DUE**

## Account Information

| | |
|---|---|
| Account Number | 473925416 |
| Vehicle Description | 2024 ACURA INTEGRA |
| VIN Number | 19UDE4H34RA007499 |
| Regular Payment Amount | $ 599.00 |
| Maturity Date | September 01, 2027 |
| Payments Remaining | 20 |
| Annual Mileage Allowance | 15,000 |

This statement includes an amount from a prior billing, which is now past due. Go to acura.americanhondafinance.com to make one-time payments or contact us for payment arrangements and other options.

## Activity Since Last Statement

| Date | Description | Amount | Total |
|---|---|---|---|
| 01/12/2026 | Late Payment Fee | | $ 25.00 |

Acura Financial Services is a DBA of American Honda Finance Corporation (AHFC).

## acura.americanhondafinance.com

### Customer Service:
(866) 950-9678
Automated response 24 hours, 7 days a week
Associates available weekdays from 8:00 am - 6:00 pm EST

**Correspondence Only:**
Acura Financial Services
P.O. Box 1027
Alpharetta, GA 30009-1027

**Payment Only:**
Acura Financial Services
P.O. Box 7829
Philadelphia, PA 19101-7829

### Credit Reporting Disputes Only:
Acura Financial Services
P.O. Box 168128
Irving, TX 75016

### Extend Your New Car Benefits
When your Acura Complimentary Maintenance period ends, you can continue receiving routine oil and oil filter changes, tire rotations, Roadside Assistance and more with Acura Care Sentinel Wrap Services. Purchase a Sentinel Wrap any time during the Complimentary Maintenance coverage period. Ask your Acura dealer which Acura Care Sentinel plan is best for you.

### Automate Payments, Simplify Your Life
You have a busy life. Let us help. Enroll in EasyPay$^{SM}$ from Acura Financial Services®. With EasyPay, your monthly payments are automatically withdrawn from your checking or savings account. It's reliable and easy. Simply go to **acura.americanhondafinance.com**, log in and sign up.

Kindly return this coupon and write your account number on the check

---

# ⒶACURA
Financial Services

Acura Financial Services
P.O. Box 1027
Alpharetta, GA 30009-1027

| | |
|---|---|
| Payment Due Date | March 01, 2026 |
| Account Number | 473925416 |
| **Total Amount Due** | **$ 1,901.00** |

Please make check payable to:
Acura Financial Services or AFS.
Write amount enclosed here. ➡

Please mail check to:

Acura Financial Services
Acura Financial Services is a DBA of AHFC
P.O. Box 7829
Philadelphia, PA 19101-7829

PATRICK A GORDON
30 READING RD 30J
EDISON, NJ 08817

2 104 000600004 000 001901007 030126 028850274 0000047392541 1

## Convenient Payment Options

**Pay Online:** Visit our website to make one-time payments through our free online Account Access feature at acura.americanhondafinance.com.

**EasyPay Automatic Payments*:** Enroll in EasyPay℠ to enjoy convenient monthly payments drafted directly from your checking or savings account. There are two ways to enroll in EasyPay.

**1. Online:** Visit acura.americanhondafinance.com. Log in to enroll through your Acura Financial Services account. Your first withdrawal will take effect immediately if enrollment is processed before 2:00 PM PST on the payment due date, or on your selected payment withdrawal date.

**2. By Mail:** Complete the form below and mail it in. Please allow adequate time for receipt and processing of your enrollment form prior to your payment due date.

### Payoff Information

Up-to-date payoff quotes can be obtained using **acura.americanhondafinance.com.**
In accordance with the lease agreement, lease purchases are only available to the lessee or authorized Acura or Honda dealer. Vehicles must be returned to Acura or Honda dealers if not purchased.
All lease payoffs should include the following:
1. Send a check made payable to: Honda Finance Exchange, Inc.
2. Include your AHFC Account Number on the check.
3. A complete and signed odometer statement.
4. Include the address where your title is to be sent.
5. Mail to: Honda Finance Exchange, Inc.
      PO Box 70252
      Philadelphia, PA 19176-0252
Notice is hereby given that Honda Lease Trust has assigned all of its rights (but not obligations) to purchase and/or sell this vehicle to Honda Finance Exchange, Inc. pursuant to the Sub-Servicing and Master Exchange Agreement. Notice to New York and Virginia residents: The Trust designation is HVT, Inc. or HVT, Inc. as Trustee for Honda Lease Trust.

### Additional Information

**Accounts Receivable Conversion** By remitting a check for payment, you are authorizing AHFC to use the information on your check to make a one-time electronic debit from your account at the financial institution indicated on your check. This electronic debit will be for the exact amount of your check. In certain circumstances, such as for technical or processing reasons, we may process your payment as a check transaction. If an electronic debit is processed, the funds may be withdrawn from your account the same business day the payment is received, and your check will not be returned to your financial institution. Returned Check Charge: I will pay a charge for any check or similar instrument returned for any reason, unless prohibited by applicable law.

This monthly statement is provided as a courtesy to assist you in making payments. A payment is required even if you do not receive a statement. Failure to make payments when they are due constitutes a default and entitles us to assess a late charge, finance charge, and/or begin collection proceedings on your outstanding balance.

Acura Financial Services is a Servicer for Honda Lease Trust

**NOTICE ABOUT NEGATIVE CREDIT REPORTING: Federal Law requires us to advise you that we may report information about your account to the credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit report record may be submitted to a credit reporting agency if you fail to fulfill the terms on your credit obligation.**

### Enroll in EasyPay

*By enrolling in EasyPay, you authorize American Honda Finance Corporation (AHFC) to withdraw funds by electronic transfer from the financial institution and account named for regularly scheduled payments ["EasyPay"] due under the Retail Installment Contract/Motor Vehicle Agreement between AHFC and the owner/lessee named in the contract/agreement. EasyPay does not withdraw funds to pay incidental charges (property taxes, citations, etc.) in excess of your regularly scheduled payments. You agree that the payments authorized by you must comply with the terms of U.S. law. AHFC may discontinue EasyPay at any time without prior notice. You may elect to 'Cancel' your authorization at any time via the "Manage EasyPay" option at acura.americanhondafinance.com or by contacting your AHFC regional office. The cancellation will stop your next scheduled payment as long as it is made 5 business days before the scheduled payment. You may also cancel by notifying your financial institution verbally or in writing up to 2 business days before that scheduled payment. These methods of cancellation (and other methods AHFC may make available) are the only ways that you cancel this authorization.

---

## EasyPay℠ Enrollment

By signing below, you accept the *EasyPay*℠ terms included above.

❑ Checking      ❑ Savings

Bank ABA Number _____
(First 9 digits on bottom of check)

Bank Account Number _____
(Remaining set of digits on bottom of check, NOT including the Check Number)

Primary Signature _____

Primary Print Name _____

Secondary Signature _____

Secondary Print Name _____

Email _____

## Address Change Go to acura.americanhondafinance.com

for the fastest and most effective way of updating your information, including address changes. Alternatively you may fill in the information below.
You **MUST** check one of the following for **LEASE** accounts.

❑ Billing address      ❑ Garaging address
(Address where you would like to    (Address where your vehicle is located.)
receive your statement/correspondence.)

Name _____

Address _____

City _____

State _____ Zip _____ County _____
By providing your phone number(s) you agree that American Honda Finance Corporation and its affiliates and agents may call you (including through an automated dialing system) at these numbers.

TELEPHONE:    ❑ Home
              ❑ Work
              ❑ Cell

473925416L

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Patrick Gordon | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. |
| AMERICAN HONDA FINANCE CORPORATION | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   AMERICAN HONDA FINANCE CORPORATION
c/o CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Patrick Gordon
8602 Parklane South Apt 2b3
Woodhaven, NY 11421

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____          _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◻ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

JS 44 (Rev. 07/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Patrick Gordan

**DEFENDANTS**
AMERICAN HONDA FINANCE CORPORATION

**(b)** County of Residence of First Listed Plaintiff   **Queens County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   **Los Angeles county**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
8602 Parklane South Apt 2b3 Woodhaven, NY 11421

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

|  | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 . | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation - Transfer   ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C § 1681s-2(b)

Brief description of cause:
15 U.S.C. § 1681s-2(b)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE   4/1/2026
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____